UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-23919-CIV-ALTONAGA/Goodman

**BISMARCK JOSE FRECH GONZALEZ**,

    Plaintiff,

v.

**MJM STRUCTURAL CORP.**, *et al.*,

    Defendants.

_____/

**ORDER**

    **THIS CAUSE** came before the Court *sua sponte*. Defendants, MJM Structural Corp., Henry Lew, and Benay Lew, appear to have been served (*see* Return of Service [ECF No. 11]). To better manage the orderly progress of the case, it is

    **ORDERED** that Defendants shall serve their combined response or separate answers to Plaintiff's Amended Complaint [ECF No. 9] on or before **October 19, 2018**.

    **DONE AND ORDERED** in Miami, Florida, this 5th day of October, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record