UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-23919-CIV-CMA

BISMARCK JOSE FRECH GONZALEZ and )
all others similarly situated under 29 U.S.C. )
2016(b), )
 )
      Plaintiff(s), )
 )
v. )
 )
 )
MJM STRUCTURAL CORP., HENRY LEW, )
and BENAY LEW. )
 )
      Defendant(s). )
_____)

**DEFENDANTS' RESPONSE TO PLAINTIFF'S AMENDED STATEMENT OF CLAIM**

      Defendants, MJM STRUCTURAL CORP., HENRY LEW, and BENAY LEW, by and through undersigned counsel and pursuant to this Court's Order In Actions Brought Under the Fair Labor Standards Act [DE 4] serve their Response to the Plaintiff 's amended Statement of claim [DE 8] and state as follows:

      1.    Plaintiff's Statement of Claim [DE 8] is based on unsupported exaggerated estimation of the overtime hours Plaintiff allegedly worked for MJM. Defendants deny that Plaintiff worked the hours claimed or that he is owed any overtime.

      2.    Plaintiff has received overtime wages in compliance with the FSLA for all hours he reported as having worked.

      3. Plaintiff is purporting to commit a fraud on the court by virtue of knowingly pleading false and untrue claims as to the number of hours and the periods of time the Plaintiff set forth as having worked.

---

**LAW OFFICES OF GEORGE A. MINSKI, P.A.**
**2475 Hollywood Boulevard ◊ Hollywood, Florida 33020 ◊ Dade (305) 792-2200 ◊ Broward (954) 362-4214**

Case No.: 18-23919-CIV-CMA
Bismarck Jose Frech Gonzalez, et al., v. MJM Structural Corp., et al.
Notice of Appearance of Counsel on Behalf of Defendants

4. Upon information and belief Plaintiff is utilizing a false identity, therefore lacks standing.

5. Defendant MJM has and had specific and comprehensive time keeping procedures and policies such that Plaintiff was responsible for making, keeping, and reporting any alleged overtime hours he worked. And further, to the extent Plaintiff did report overtime hours pursuant to MJM's time keeping procedures and policies and Plaintiff was compensated at a proper overtime rate for those hours.

6. In the event a determination is made that wages or overtime compensation were ever owed or are owed to Plaintiff, and that Plaintiff worked more than forty (40) hours in a work week and did not receive proper overtime compensation, the Plaintiff nonetheless failed to report any such hours, therefore, is not entitled to liquidated damages for the nonpayment of such overtime compensation.

7. Lastly, the Plaintiff should not be entitled to recover fees and costs by reason of failing to undertake reasonable pre-suit "due-diligence," such as requesting copies of his times records and payroll records from MJM, which records would have (and will) reveal the Plaintiff's "estimates" of overtime hours and "approximation" of wages received were blatantly inflated if not completely false, and that Plaintiff was properly compensated for all overtime hours he reported.

Respectfully Submitted,

By: /s/*George A. Minski, Esq.*
George A. Minski, Esq.
FBN. 724726
gminski@minskilaw.com

**LAW OFFICES OF GEORGE A. MINSKI, P.A.**
**2475 Hollywood Boulevard ◊ Hollywood, Florida 33020 ◊ Dade (305) 792-2200 ◊ Broward (954) 362-4214**

2

Case No.: 18-23919-CIV-CMA
Bismarck Jose Frech Gonzalez, et al., v. MJM Structural Corp., et al.
Notice of Appearance of Counsel on Behalf of Defendants

        Christin Coleman Gallardo, Esq.
        FBN: 798231
        cgallardo@minskilaw.com
        **LAW OFFICES OF GEORGE A. MINSKI, P.A**.
        *Counsel for Defendants*
        2475 Hollywood Boulevard
        Hollywood, FL 33020
        Dade: 305-792-2200
        Broward: 954-362-4214
        Primary email: dgomez@minskilaw.com
        Secondary Email: gminski@minskilaw.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 5th, 2018, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties on the service list below either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By: /s/*George A. Minski, Esq.*
        George A. Minski, Esq.
        FBN. 724726
        Email: gminski@minskilaw.com

**SERVICE LIST**
J.H. Zidell, Esq.
Neil Tobak, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Email: ZABOGADO@AOL.COM
*Counsel for Plaintiff*

---

**LAW OFFICES OF GEORGE A. MINSKI, P.A.**
**2475 Hollywood Boulevard ◊ Hollywood, Florida 33020 ◊ Dade (305) 792-2200 ◊ Broward (954) 362-4214**