## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-23919-CIV-CMA

| | |
|---|---|
| BISMARCK JOSE FRECH GONZALEZ and all others similarly situated under 29 U.S.C. 2016(b), | ) ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) ) ) |
| MJM STRUCTURAL CORP., HENRY LEW, and BENAY LEW. | ) ) ) |
| Defendant(s). | ) ) |

### DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Defendants, MJM Structural Corporation, Henry Lew and Benay Lew, by and through undersigned counsel and pursuant to this Court's Order Requiring Scheduling Report and Certificates of Interested Parties [DE 13] file their Certificate of Interested Parties and state that the following entities or persons may have a financial interest in the outcome of this case:

1. MJM Structural Corporation

2. Henry Lew

3. Benay Lew

5. Law Offices of George A. Minski, P.A.

4. Bismarck Jose Frech Gonzalez

5. J.H. Zidell, P.A.

6. Rivkah F. Jaff, Esq.

7. Neil Tobak, Esq.

8. J.H. Zidell, P.A.

Respectfully Submitted,

By:  /s/*George A. Minski, Esq.*
George A. Minski, Esq.

---

**LAW OFFICES OF GEORGE A. MINSKI, P.A.**
**2475 Hollywood Boulevard ◊ Hollywood, Florida 33020 ◊ Dade (305) 792-2200 ◊ Broward (954) 362-4214**

Case No.: 18-23919-CIV-CMA
Bismarck Jose Frech Gonzalez, et al., v. MJM Structural Corp., et al.
Certificate of Interested Parties

FBN. 724726
gminski@minskilaw.com
Christin Coleman Gallardo, Esq.
FBN: 798231
cgallardo@minskilaw.com
**LAW OFFICES OF GEORGE A. MINSKI, P.A**.
*Counsel for Defendants*
2475 Hollywood Boulevard
Hollywood, FL 33020
Dade: 305-792-2200
Broward: 954-362-4214
Primary email: dgomez@minskilaw.com
Secondary Email: gminski@minskilaw.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on October 10, 2018, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties on the service list below either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _/s/*George A. Minski, Esq.*
George A. Minski, Esq.
FBN. 724726
Email: gminski@minskilaw.com

<u>**SERVICE LIST**</u>
J.H. Zidell, Esq.
Neil Tobak, Esq.
Rivkah
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Email: ZABOGADO@AOL.COM
*Counsel for Plaintiff*

_____
**LAW OFFICES OF GEORGE A. MINSKI, P.A.**
**2475 Hollywood Boulevard ◊ Hollywood, Florida 33020 ◊ Dade (305) 792-2200 ◊ Broward (954) 362-4214**