UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-23919-CIV-ALTONAGA/Goodman

**BISMARCK JOSE FRECH GONZALEZ**
and **GROVER MUNOZ**,

      Plaintiffs,
v.

**MJM STRUCTURAL CORP.**, *et al.*,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. Plaintiffs, Bismarck Jose Frech Gonzalez and Grover Munoz, filed their Second Amended Complaint [ECF No. 26] against Defendants, MJM Structural Corp., Henry Lew, and Benay Lew, on October 17, 2018. To date, Defendants have failed to answer or otherwise respond, and the deadline to do so has passed.

Accordingly, it is **ORDERED** that Defendants, MJM Structural Corp., Henry Lew, and Benay Lew, shall serve their combined response or separate answers to Plaintiffs' Second Amended Complaint **[ECF No. 26]** on or before **November 5, 2018**.

**DONE AND ORDERED** in Miami, Florida, this 1st day of November, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record