UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-23919-CIV-ALTONAGA/Goodman

**BISMARCK JOSE FRECH GONZALEZ**,

    Plaintiff,

v.

**MJM STRUCTURAL CORP.**, *et al.*,

    Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

THIS CAUSE came before the Court upon the minute entry of the settlement conference in this matter before the Magistrate Judge Jonathan Goodman indicating the parties reached a settlement in this matter [ECF No. 33], filed on November 8, 2018. The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of the date of this Order. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 8th day of November, 2018.

                                                    _____
                                                    **CECILIA M. ALTONAGA**
                                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record