UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-23919-CIV-CMA

BISMARCK JOSE FRECH GONZALEZ and )
all others similarly situated under 29 U.S.C. )
2016(b), )
          )
      Plaintiff(s), )
          )
v. )
          )
          )
MJM STRUCTURAL CORP., HENRY LEW, )
and BENAY LEW. )
          )
      Defendant(s). )
_____ )

### DEFENDANTS' NOTICE OF COMPLIANCE WITH ORDER DATED NOVEMBER 14, 2018 [DE 36]

      Defendants, MJM STRUCTURAL CORP., HENRY LEW, and BENAY LEW, by and through undersigned counsel and pursuant to this Court's Order dated November 14, 2018, [DE 36] hereby file this Notice of Compliance and state, they have submitted the revised agreement excluding the confidentiality clause and liquidated damages provision. Defendants, also give notice that they have tendered the settlement via check to the Plaintiff's counsel.

      Respectfully Submitted,

      By: /s/*George A. Minski, Esq.*
      George A. Minski, Esq.
      FBN. 724726
      gminski@minskilaw.com
      Christin Coleman Gallardo, Esq.
      FBN: 798231
      cgallardo@minskilaw.com
      **LAW OFFICES OF GEORGE A. MINSKI, P.A**.
      *Counsel for Defendants*
      2475 Hollywood Boulevard
      Hollywood, FL 33020

Case No.: 18-23919-CIV-CMA
Bismarck Jose Frech Gonzalez, et al., v. MJM Structural Corp., et al.

>Dade: 305-792-2200
>Broward: 954-362-4214
>Primary email: dgomez@minskilaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 19, 2018, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties on the service list below either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>By: /s/*George A. Minski, Esq.*
>George A. Minski, Esq.
>FBN. 724726
>Email: gminski@minskilaw.com

**SERVICE LIST**
J.H. Zidell, Esq.
Neil Tobak, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Email: ZABOGADO@AOL.COM
*Counsel for Plaintiff*

---

**LAW OFFICES OF GEORGE A. MINSKI, P.A.**
**2475 Hollywood Boulevard ◊ Hollywood, Florida 33020 ◊ Dade (305) 792-2200 ◊ Broward (954) 362-4214**