UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-23919-CIV-ALTONAGA/Goodman

**BISMARCK JOSE FRECH GONZALEZ** and
**GROVER MUNOZ**,

       Plaintiffs,

v.

**MJM STRUCTURAL CORP., HENRY LEW,**
and **BENAY LEW**,

       Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Approval of Parties' Settlement Agreement ("Motion") [ECF No. 38], filed November 19, 2018.  The parties seek approval of their proposed Settlement Agreement and Mutual General Release ("Agreement") [ECF Nos. 38-1 & 38-2], which includes a provision for the award of attorney's fees.  Upon review of the record and the parties' documented basis for a settlement of this FLSA case, including an award of attorney's fees and costs to Plaintiffs, Bismarck Jose Frech Gonzalez and Grover Munoz's counsel, the Court finds settlement of this action is fair and reasonable and the requested fee is fair and reasonable and not grossly excessive.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.  The Motion **[ECF No. 38]** is **GRANTED**.

2.  The Settlement Agreement and Release [**ECF Nos. 38-1 & 38-2**] between Plaintiffs, Bismarck Jose Frech Gonzalez and Grover Munoz, and Defendants, MJM Structural Corp., Henry Lew, and Benay Lew, which has been duly filed as a record of the

CASE NO. 18-23919-CIV-ALTONAGA/Goodman

Court, is **APPROVED** in its entirety.

3.  This case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees except as otherwise agreed.

4.  Any pending motions are **DENIED as moot**.

5.  The Court retains jurisdiction to enforce the terms of the Settlement Agreement and General Release.

**DONE AND ORDERED** in Miami, Florida, this 20th day of November, 2018.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2